UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL EMMANUEL KNIGHT,

    Petitioner,

v.                                      Case No. 3:16cv20/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court upon petitioner's motion for voluntary dismissal under Rule 41 of the Federal Rules of Civil Procedure. (Doc. 6). Rule 41 provides that an action may be dismissed without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Respondent has not been served; thus, no answer or summary judgment motion has been filed. Petitioner is entitled to voluntarily dismiss this case.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion for voluntary dismissal (doc. 6) be GRANTED.

2. That this case be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

3. That the clerk be directed to close the file.

At Pensacola, Florida this 22nd day of January, 2016.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.